# UNITED STATES DISTRICT COURT
for the

Eastern District of North Carolina

United States of America
v.
William Junior Blue

Case No: 5:12-CR-117-1BR
USM No: 56422-056

Date of Original Judgment: May 16, 2013
Date of Previous Amended Judgment:
(Use Date of Last Amended Judgment if Any)

Defendant's Attorney

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ **DENIED.** ☐ **GRANTED** and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

Although one of the counts of convictions is a drug offense, the guideline range was determined under USSG §2K2.1. Therefore, the drug quantity table was not used and a reduction is not appropriate.

If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served" sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment(s) dated May 16, 2013, shall remain in effect. **IT IS SO ORDERED.**

Order Date: January 19, 2018

Effective Date: _____
*(if different from order date)*

W. Earl Britt   Senior U.S District Judge
*Printed name and title*